# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA FOUQUETTE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FRESNO, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01399-NONE-SAB<br><br>ORDER CONTINUING SETTLEMENT CONFERENCE DATE<br><br>(ECF No. 16) |

On March 11, 2020, the parties filed a stipulation requesting the settlement conference currently set for March 31, 2020, be continued to a date after June 11, 2020. (ECF No. 16.)

Accordingly, IT IS HEREBY ORDERED that the settlement conference set for March 31, 2020, is CONTINUED to July 23, 2020, at 9:30 a.m. in Courtroom 8 before United States Magistrate Judge Barbara A. McAuliffe. The parties are further directed to review the requirements for proceeding with the settlement conference previously issued (ECF No. 12 at 6-7), however, Judge McAuliffe may issue a subsequent order setting forth different or additional requirements prior to the scheduled settlement conference.

IT IS SO ORDERED.

Dated: __**March 12, 2020**__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1