# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA FOUQUETTE,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF FRESNO, et al.,<br><br>  Defendants. | Case No. 1:19-cv-01399-NONE-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SUPPLEMENT MOTION TO AMEND COMPLAINT<br><br>FIVE DAY DEADLINE |

Brenda Fouquette ("Plaintiff") filed this action pursuant to Title II of the Americans with Disabilities Act of 1990 ("ADA") on October 4, 2019. On February 14, 2020, Plaintiff filed a motion for leave to file an amended complaint. (ECF No. 14.) Plaintiff's motion states that the amended complaint is attached as Exhibit A. However, upon review, the motion filed only includes the notice of motion and motion to amend the complaint and a points and authorities in support of the motion to amend the complaint. There is no Exhibit A.

Accordingly, IT IS HEREBY ORDERED that within five days of the date of entry of this order, Plaintiff shall supplement her motion to include the amended complaint sought to be filed.

IT IS SO ORDERED.

Dated: **March 13, 2020**

UNITED STATES MAGISTRATE JUDGE

1