# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA FOUQUETTE,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF FRESNO, et al.,<br><br>          Defendants. | Case No.  1:19-cv-01399-NONE-SAB<br><br>ORDER REQUIRING BRENDA FOUQUETTE TO APPEAR TELEPHONICALLY AT JUNE 17, 2020 HEARING AND DIRECTING CLERK OF THE COURT TO SERVE ORDER |

Plaintiff Brenda Fouquette filed this action pursuant to the Americans with Disabilities Act on October 4, 2019.  Plaintiff's counsel has filed a motion to withdraw as counsel which is set for hearing on June 17, 2020 at 10:00 a.m. in Courtroom 9.  The Court shall require Plaintiff Fouquette to appear for the June 17, 2020 hearing.

Plaintiff Fouquette may appear telephonically on the public access line by dialing (877) 336-1280, Access Code 1198646 # then #.  Counsel may appear by video by contacting Courtroom Deputy Mamie Hernandez for the Zoom ID and password.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff Brenda Fouquette SHALL APPEAR telephonically on June 17, 2020, at 10:00 a.m. in Courtroom 9 by calling (877) 336-1280, Access Code 1198646 # then #;

2. **Plaintiff is advised that the failure to appear at the June 17, 2020 hearing in**

1

**compliance with this order may result in the issuance of sanctions, up to and including dismissal of this action;** and

3. The Clerk of the Court is DIRECTED to serve a copy of this order by mail to:

> Brenda Fouquette
> 5010 Grove Street
> Rocklin, California 95677.

IT IS SO ORDERED.

Dated:  **May 13, 2020**

UNITED STATES MAGISTRATE JUDGE

2