# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA FOUQUETTE, | Case No. 1:19-cv-01399-NONE-SAB |
| Plaintiff, | ORDER CONTINUING HEARING ON MOTION TO WITHDRAW AS ATTORNEY TO JUNE 18, 2020 |
| v. | |
| CITY OF FRESNO, et al., | |
| Defendants. | |

On May 12, 2020, Counsel Scottlynn Hubbard filed a motion to withdraw as attorney for Plaintiff Brenda Foquette. (ECF No. 23.) A hearing on the motion to withdraw has been set for June 17, 2020, and Plaintiff has been ordered to appear by telephone at the hearing. (ECF Nos. 24, 25.) Due to conflicts in the Court's calendar, it is necessary to continue the hearing on the motion to withdraw to June 18, 2020. Plaintiff is advised that she does not need to call in on June 17, 2020; but she is required to appear telephonically at the June 18, 2020 hearing.

Accordingly, IT IS HEREBY ORDERED that:

1. The June 17, 2020 hearing on the motion to withdraw as attorney is CONTINUED to **June 18, 2020 at 9:00 a.m.** in Courtroom 9;

2. Plaintiff Brenda Fouquette SHALL APPEAR telephonically on June 18, 2020, at 9:00 a.m. in Courtroom 9 by calling (877) 336-1280, Access Code 1198646 # then #;

3.      **Plaintiff is advised that the failure to appear at the June 18, 2020 hearing in compliance with this order may result in the issuance of sanctions, up to and including dismissal of this action;** and

4.      The Clerk of the Court is DIRECTED to serve a copy of this order by mail to:

>   Brenda Fouquette
>   5010 Grove Street
>   Rocklin, California 95677.

IT IS SO ORDERED.

Dated:   **June 8, 2020**

_____
UNITED STATES MAGISTRATE JUDGE