# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA FOUQUETTE, | Case No.  1:19-cv-01399-NONE-SAB |
| Plaintiff, | ORDER VACATING JULY 23, 2020 SETTLEMENT CONFERENCE |
| v. | |
| CITY OF FRESNO, et al., | |
| Defendants. | |

On March 12, 2020, pursuant to a stipulation of the parties, an order issued continuing the settlement conference in this action before United States Magistrate Judge Barbara McAuliffe to July 23, 2020. (ECF No. 17.)  Subsequently, Plaintiff's counsel filed a motion to withdraw as attorney for Plaintiff. (ECF No. 23.)  Plaintiff was ordered to appear at a hearing on the motion to withdraw, and failed to appear.  The motion was granted on the ground that Plaintiff's failure to communicate with counsel had made it unreasonably difficult for counsel to carry out representation of Plaintiff in this matter. (ECF No. 27.)  Plaintiff is currently proceeding *pro se* in this matter.

On July 6, 2020, Defendants City of Fresno and National Railroad Passenger Corporation filed a motion to dismiss this matter due to Plaintiff's failure to prosecute this action. (ECF No. 29.)  Accordingly, the Court finds it would be a waste of the parties and judicial resources to prepare for a settlement conference at this time and the July 23, 2020 settlement conference shall

1

1  be vacated to be reset if this action continues upon resolution of the motion to dismiss.

2        Based on the foregoing, the July 23, 2020 settlement conference is HEREBY VACATED
3  and the parties need not appear on that date.  The Clerk of the Court is DIRECTED to serve a
4  copy of this order upon Plaintiff at her address of record and at 2050 W. Ashlan Avenue, Apt.
5  115, Fresno, CA 93705-1826.

7  IT IS SO ORDERED.

8  Dated:   **July 15, 2020**

                        UNITED STATES MAGISTRATE JUDGE