# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA FOUQUETTE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FRESNO, et al.,<br><br>　　　　Defendants. | Case No.  1:19-cv-01399-NONE-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE PROOF OF SERVICE OF MOTION TO DISMISS ON PLAINTIFF<br><br>FIVE DAY DEADLINE |

On July 6, 2020, Defendants filed a motion to dismiss based on Plaintiff's failure to prosecute. Upon review of the motion, there is no proof of service demonstrating that the motion was served on Plaintiff. In this instance, Plaintiff is proceeding pro se and does not receive service when the pleading is filed in the ECF system. Therefore, Plaintiff must be mailed all filings. Defendant is advised that mail sent to the address on the docket has been returned. Therefore, the Court has been serving all documents at both the address of record and the forwarding address provided by the United States Postal Service. (See ECF No. 31.) If Plaintiff has not previously been served with the motion, then Defendant should re-notice the motion to allow time for Plaintiff to file an opposition.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that within five (5) days of the date of entry of this order, Defendant shall file proof that Plaintiff has been served with a copy of the motion to dismiss.

IT IS SO ORDERED.

Dated: **July 29, 2020**

UNITED STATES MAGISTRATE JUDGE